IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Dustin HOUSTON,
on behalf of himself and all other similarly
situated employees,

    Plaintiff,

v.                                                                Case No. 2:21-cv-02459-MSN-tmp

CITY ENTERPRISES, LLC,
*dba* DEALERS AUTO AUCTION OF MEMPHIS, LLC

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed July 9, 2021.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice, filed September 15, 2021, (ECF No. 8), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:   *s/ Mark S. Norris*
                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:   September 15, 2021